## LESEUER v. STATE.

### No. 14028.

Court of Criminal Appeals of Texas.

Dec. 3, 1930.

Tom L. Walker, of Nacona, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MARTIN, J.

Offense, wife desertion; penalty, thirty days in the county jail and a fine of $250.

The record in this case is here without either a statement of facts or any bill of exception, and presents nothing for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

HAWKINS, J., absent.